IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
AUG 0 6 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

CR NO: 2:18-CR-00031-TLN

**SHALEN STOLTZ**

Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum ☐ Ad Testificandum

| | | |
|---|---|---|
| Name of Detainee: | Shalen Stoltz | |
| Detained at | Rio Cosumnes Correctional Center | |
| Detainee is: | a.) | ☒ charged in this district by: ☐ Indictment ☒ Information ☐ Complaint charging detainee with: 18 U.S.C. § 1029(a)(3), Possession of Unauthorized Access Devices |
| or | b.) | ☐ a witness not otherwise available by ordinary process of the Court |
| Detainee will: | a.) | ☐ return to the custody of detaining facility upon termination of proceedings |
| or | b.) | ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility |

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Jeremy J. Kelley |
| Printed Name & Phone No: | Jeremy J. Kelley, (916) 554-2793 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 8-6-18

/s/ _____
Honorable Deborah L. Barnes
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☐ Male | ☒ Female |
| Booking or CDC #: | X-REF X-2602814 | DOB: | 9/28/1976 |
| Facility Address: | 12450 Bruceville Road, Elk Grove, CA | Race: | White |
| Facility Phone: | (916) 874-1927 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____  _____
(signature)