| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| 5 | Attorney for Defendant |
| | SHALEN STOLTZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-031 TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) CONTINUE DETENTION HEARING |
| | ) Date: December 21, 2018 |
| SHALEN STOLTZ, | ) Time: 2:00 p.m. |
| Defendant. | ) Judge: Hon. Deborah Barnes |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Jeremy Kelley, Assistant United States Attorney, attorney for Plaintiff, and Heather E. Williams, Federal Defender, through Assistant Federal Defender, Matthew C. Bockmon, attorney for Shalen Stoltz that the detention hearing scheduled for December 21, 2018 be vacated and continued to December 27, 2018 at 2:00 p.m.

The reason for the continuance is to allow time to locate an appropriate bond and to make arrangements to place Ms. Stoltz in an inpatient treatment facility. Pretrial Services Officer, Tai Gaskins, is agreeable to this continuance.

[THIS SPACE LEFT BLANK INTENTIONALLY]

Stipulation and Order to Continue Detention Hearing -1-

| | | |
|---|---|---|
| DATED: December 21, 2018 | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for SHALEN STOLTZ |
| DATED: December 21, 2018 | | MCGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Jeremy Kelley*<br>JEREMY KELLEY<br>Assistant United States Attorney<br>Attorney for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

**It is further ordered** that the December 21, 2018 detention hearing shall be continued until December 27, 2018, at 2:00 p.m.

Dated: December 21, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE