# SPECIAL CONDITIONS OF RELEASE

FILED
DEC 27 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

Re: Stoltz, Shalen
No.: 2:18-CR-0031 TLN
Date: December 27, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. Your release on bond will be delayed until Friday, December 28, 2018 at 9:00am at which time you shall be released from the United States Marshals Service directly to Pretrial Services;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must report any contact with law enforcement to your pretrial services officer within 24 hours;

10. You must participate in the substance abuse treatment program at Wellspace inpatient facility, and comply with all the rules and regulations of the program. You must remain at the inpatient facility until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, must escort you to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

11. Upon successful completion of the residential program you must reside at an address approved by Pretrial Services and you must not change your residence or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

12. Upon completion of the residential program, you must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

13. Upon completion of the residential program, you must participate in the Better Choices court program and comply with all the rules and regulations of the program. You must remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear for Better Choices Court as directed by Pretrial Services;

14. Upon completion of the residential program, you must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;

15. You must not use or possess any identification, mail matter, access device or any identification-related material other than in your own legal or true name;

16. You must not open any bank accounts, lines of credit, or credit card accounts, unless approved in advance by pretrial services; and

17. You must not work in any capacity with fiduciary responsibility, or where you will have access to credit or credit card information or any identification, mail matter, access device or any identification-related material other than in your own legal or true name.