UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
December 27, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18-CR-00031-TLN |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SHALEN STOLTZ, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SHALEN STOLTZ, Case No. 2:18-CR-00031-TLN, Charge 18 USC § 1029(a)(3), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $40,000.00

    ✔ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    ✔ (Other) Released to U.S. Pretrial Services on 12/28/2018 with Pretrial Release Supervision and Conditions of Release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 27, 2018 at 2:15 PM.

By /s/ 
Deborah Barnes
United States Magistrate Judge