1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,  )   Case No. 2:18-CR-0031-TLN
                                )
9              Plaintiff,        )   **O R D E R**
                                )   **FOR DEFENDANT'S TEMPORARY**
10         vs.                   )   **RELEASE TO ATTEND**
                                )   **GRANDMOTHER'S FUNERAL**
11   SHALEN CHRISTINE STOLTZ     )   **(No Opposition – No Hearing Requested)**
                                )
12             Defendant.        )
                                )

13

14      GOOD CAUSE APPEARING based upon Defendant SHALEN CHRISTINE STOLTZ'

15   motion and there being no objection by the Government,

16      IT IS HEREBY ORDERED that Defendant SHALEN STOLTZ be temporarily released

17   from United States Marshal and Nevada County Jail custody on Thursday, September 26, 2019

18   starting around 8:30-9:00 a.m. from the Nevada County Jail to the third party custody of Alisa

19   Pfanner to attend her grandmother Irene Stoltz' rosary and full mass at St. Mel Catholic Church,

20   4745 Pennsylvania Avenue, Fair Oaks, CA, and burial at Calvary Cemetery and Funeral Center,

21   7101 Verner Avenue, Citrus Heights, CA, to return to the Nevada County Jail no later than 6:00

22   p.m. that same day, under the following terms and conditions:

23   1. SHALEN STOLTZ is to remain with Alisa Pfanner the entire duration of her release and will
        follow any instructions Ms. Pfanner gives her.

24   2. SHALEN STOLTZ will not drink any alcohol including **using no alcohol** as part of the
25      rosary, mass or burial, and will not use any controlled substances during her release.

26   Dated: September 20, 2019

27   _____
      CAROLYN K. DELANEY
28   UNITED STATES MAGISTRATE JUDGE