IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:18-CR-0031-TLN |
|---|---|---|
| Plaintiff, | ) | **O R D E R** |
| | ) | **FOR DEFENDANT'S TEMPORARY** |
| vs. | ) | **RELEASE TO ATTEND** |
| | ) | **GRANDFATHER'S FUNERAL** |
| SHALEN CHRISTINE STOLTZ | ) | **(No Opposition – No Hearing Requested)** |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING based upon Defendant SHALEN CHRISTINE STOLTZ' motion and there being no objection by the Government,

IT IS HEREBY ORDERED that Defendant SHALEN STOLTZ be temporarily released from United States Marshal and Nevada County Jail custody on Friday, January 10, 2020 starting around 8:00-8:30 a.m., from the Nevada County Jail to the third party custody of Alisa Pfanner to attend her grandfather Victor Stoltz' rosary and full mass at St. Mel Catholic Church, 4745 Pennsylvania Avenue, Fair Oaks, California, to return to the Nevada County Jail no later than 6:00 p.m. that same day, under the following terms and conditions:

1. SHALEN STOLTZ is to remain with Alisa Pfanner the entire duration of her release and will follow any instructions Ms. Pfanner gives her.
2. SHALEN STOLTZ will not drink any alcohol including **using no alcohol** as part of the rosary, mass or burial, and will not use any controlled substances during her release.

Dated: January 8, 2020

_____
Troy L. Nunley
United States District Judge