UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
March 19, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00031-01-TLN |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| SHALEN STOLTZ, | |
| Defendant. | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SHALEN STOLTZ, Case No. 2:18-CR-00031-01-TLN Charge 18 U.S.C. § 1029(a)(3), from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

__X__ (Other): Sentenced to TIME SERVED.

Issued at Sacramento, California on March 19, 2020 at 11:20 AM.

By: _____
District Judge Troy L. Nunley