UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 18, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

SHALEN STOLTZ,

    Defendant.

Case No. 2:18-CR-00031-TLN-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SHALEN STOLTZ,</u> Case No. 2:18-CR-00031-TLN-01, Charge <u>18 U.S.C. § 3606</u>, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        __X__ (Other): <u>TIME SERVED.</u>

Issued at Sacramento, California on May 18, 2023

By: _____
District Judge Troy L. Nunley